UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX 20-229 |
| | * | |
| JOSE DOMINGO ORDONEZ-ZOMETA, | * | |
| a/k/a "Felon," | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### Count One: Conspiracy to Participate in a Racketeering Enterprise

How do you find the defendant, **Jose Domingo Ordonez-Zometa**, as to the charge of conspiracy to participate in a racketeering enterprise in Count One?

NOT GUILTY_____          GUILTY __X__

If you find the defendant, **Jose Domingo Ordonez-Zometa**, not guilty of Count One, please skip the Special Finding below and proceed to Count Two.

### Special Finding:

If you find the defendant, **Jose Domingo Ordonez-Zometa**, guilty of Count One, do you find that the defendant feloniously, willfully, and with deliberately premeditated malice, murdered Jacson Pineda-Chicas?

No_____          Yes __X__

### Count Two: Conspiracy to Commit Murder in Aid of Racketeering

How do you find the defendant, **Jose Domingo Ordonez-Zometa**, as to the charge of conspiracy to commit murder in aid of racketeering in Count Two?

NOT GUILTY_____          GUILTY __X__

### Count Three: Murder in Aid of Racketeering

How do you find the defendant, **Jose Domingo Ordonez-Zometa**, as to the charge of murder in aid of racketeering in Count Three?

NOT GUILTY_____   GUILTY __X__

### Count Four: Conspiracy to Destroy and Conceal Evidence

How do you find the defendant, **Jose Domingo Ordonez-Zometa**, as to the charge of conspiracy to destroy and conceal evidence in Count Four?

NOT GUILTY_____   GUILTY __X__

**The foregoing constitutes the unanimous verdict of the jury.**

__12/16/22__
Date

**REDACTED**